

**FILED** SH
11/10/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The Honorable Judge,

Due to my unfair termination by Village of Skokie (VOS) which I've served for 17 years.
I hired a lawyer ( E.Hollander) to file a suit through EEOC on Jan 20, 2020.

Unexpectedly, on Oct 7, 2020, my lawyer called me and told me that he decided to drop my case because I did not work for the past whole year. I did not know that in order to file a law suit like my case I have to get a job. Besides, since I lost my job, my depression worsened. He suggested me to get a referral through CBA or I have to fight by myself.

I contacted 2 attorneys, ( P. Weltlich and N. Kreitman). They both were not able to represent me due to;
1) My Right to suit's final day is November 23, 2020. There's no time for them to prepare my case.

2) The Defendant VOS is a local government. They are rough and they don't care.
3) Currently, I am not employed. (By the way, I'm seeking job now).

Unfortunately, I have to take what it is, I'll try my best, **Pro Se** Litigants is my only choice.

I need your help and I need a good lawyer to fight for my justice. I respectfully request that you consider to grant me an attorney. This is my only and last chance. Thank you very much.


Sincerely yours,

Theresa Fang

*Theresa Fang*

**JUDGE VALDERRAMA
MAGISTRATE JUDGE FUENTES**

**1:20-CV-6690**

# Kreitman Law, LLC

| | |
|---|---|
| 22 West Washington St. | Phone 847-970-0575 |
| 15th Floor | Fax 312-757-4545 |
| Chicago, IL 60602 | Email nnjk@kreitmanlaw.com |

**Via Email and First Class Mail USPS;**

Theresa Fang
1712 Robin Lane
Glenview, IL 60025

October 9, 2020

### DECLINE OF REPRESENTATION
### THERESA FANG v. VILLAGE OF SKOKIE, 2019CA2298

Ms. Fang,

This letter is to advise you that Kreitman Law, LLC, unfortunately cannot represent you in the above captioned matter or for any other claims against the Village of Skokie for the reasons as explained during our phone call today.

**You are advised that you are required to file a lawsuit on or before November 23, 2020, or 90 days from the date you received the Notice of a Right to Sue letter from the Illinois Department of Human Rights** regarding your discrimination charges (IDHR# 2019CA2298) dismissed by the Illinois Department of Human Rights in the appropriate court or you will forever loose your right to file a lawsuit for the issues.

It is recommended that if you do choose to pursue a lawsuit, that you seek attorney representation and file a lawsuit as soon as possible to preserve any rights to compensation. I appreciate the chance to have evaluated your case and if you do have any future legal issues related to employment or personal injury matters, please feel free to reach out. I wish you the best of luck pursuing this case.

Respectfully,

*Nicholas Kreitman*

Nicholas Kreitman
Attorney at Law